UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIDA SENSE INNOVATION LTD.,
        Plaintiff,

   -v-

HKC CORPORATION LIMITED, *et al.*,
        Defendants.

20-CV-10825 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  For the reasons stated in the telephone conference held on June 17, 2022, Defendants' request to stay this case pending *inter partes* reviews ("IPR") proceedings before the Patent Trial and Appeal Board is granted. This case will be stayed and administratively closed unless and until the parties request that it be re-opened following resolution of the IPR.

  The Clerk of Court is directed to close the motions at Docket Numbers 55 and 56 and to mark this case as closed.

  SO ORDERED.

Dated: June 17, 2022
   New York, New York

_____
J. PAUL OETKEN
United States District Judge